**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sayda Iridian Bracamonte-Sanchez**<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**25-12405MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 22, 2025, at or near Lukeville, in the District of Arizona, **Sayda Iridian Bracamonte-Sanchez** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 22, 2025, at approximately 5:22 p.m., Sayda Iridian BRACAMONTE-SANCHEZ entered the U.S. and presented herself for inspection at the Port of Entry in Lukeville, Arizona. During the primary inspection, BRACAMONTE-SANCHEZ stated she was traveling to Phoenix to see her boyfriend. BRACAMONTE-SANCHEZ stated that the vehicle belonged to her and gave a negative declaration. The Customs and Border Protection officer asked BRACAMONTE-SANCHEZ what her boyfriend did for a living, and BRACAMONTE-SANCHEZ had to pause to think before answering. The officer referred the vehicle for an x-ray inspection. Officers x-rayed the vehicle and observed anomalies in the rear bumper area. During the secondary inspection, BRACAMONTE-SANCHEZ stated everything in the car belonged to her. The officer was unable to open the trunk from the exterior of the vehicle and had to use the emergency release to open it from the inside. While searching the trunk of the vehicle, the officer noticed the smell of the fresh paint. The officer found a non-factory compartment in the rear of the vehicle. Officers removed 31 packages of suspected narcotics from the non-factory compartment. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of methamphetamine. The packages of methamphetamine weighed 15.17 kilograms.

After waiving her *Miranda* rights, BRACAMONTE-SANCHEZ said she was traveling to Phoenix, Arizona, to visit her boyfriend. BRACAMONTE-SANCHEZ said her boyfriend purchased the vehicle for her and she's owned it for approximately two months. BRACAMONTE-SANCHEZ said the vehicle was purchased in Puerto Penasco, and her boyfriend instructed her to register it in her name. BRACAMONTE-SANCHEZ stated her boyfriend paid for her to get her driver's license and for hotel accommodations when she traveled to Phoenix to visit him. BRACAMONTE-SANCHEZ said she does not have a residence in Arizona, and she used the address of a friend of her boyfriend in order to get her driver's license.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**ALAN RYDER** Digitally signed by ALAN RYDER Date: 2025.12.23 10:47:25 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Alan Ryder<br>Homeland Security Investigations |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 23, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Hopkins

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

BRACAMONTE-SANCHEZ stated that two days before, her boyfriend arranged to have the vehicle worked on because it was making a noise.  Her boyfriend had a male subject pick up the vehicle.  The male subject kept the vehicle for two days and returned it to BRACAMONTE-SANCHEZ the night of December 21, 2025.  BRACAMONTE-SANCHEZ said her boyfriend told her to come visit him so she could be back home with her children for Christmas.

BRACAMONTE-SANCHEZ stated that on one prior occasion, the male subject picked up the vehicle and worked on it before she crossed into the U.S. in the vehicle a week later.  Each time BRACAMONTE-SANCHEZ crossed into the U.S., she met with her boyfriend and stayed at the hotel.  BRACAMONTE-SANCHEZ said her boyfriend did not stay with her at the hotel; instead, he would take the car and return it to her before she left the hotel.  BRACAMONTE-SANCHEZ said she communicates with her boyfriend exclusively through the Telegram app.  BRACAMONTE-SANCHEZ said that on this occasion, the male subject told her to turn on her live location at the direction of her boyfriend.  BRACAMONTE-SANCHEZ told investigators that when her boyfriend provided her with money, the person who introduced her to her boyfriend would be the person who would give her the money.


